**James AUSTIN, Plaintiff–Appellant,**

**v.**

**Richard FOSTER; John Kelly; Rocky Haynes, Defendants–Appellees.**

**No. 00–1864.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 23, 2001.

Decided Feb. 15, 2001.

J. Dennis Bolt, Bolt Law Firm, Columbia, SC, for appellant.

J. Rene Josey, United States Attorney, Barbara M. Bowens, Assistant United States Attorney, Columbia, SC, for appellee.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

James Austin appeals the district court's orders dismissing his *Bivens** action based upon his treatment as an employee of the United States Postal Service and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Austin v. Foster,* No. CA–98–3811–0–17 (D.S.C. May 19 & June 9, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

* *Bivens v. Six Unknown Federal Narcotics Agents,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).